**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

**JAMES LEE SIMPSON**                                                                    **PLAINTIFF**

**v.**                                                **CIVIL ACTION NO. 4:10-cv-112-CWR-FKB**

**WILLIAM BERRY and RONALD**                                                 **DEFENDANTS**
**EASLEY**

### ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court pursuant to the Report and Recommendation of United States Magistrate Judge F. Keith Ball, entered on February 19, 2013, and which clearly notified the respective parties in the above-styled and numbered cause that failure to file written objections to the findings and recommendations contained within fourteen (14) days from the date of filing would bar further appeal in accordance with Title 28 U.S.C. § 636 and Fed. Rule Civ. P. 72(b)(2), and this Court, finding that there has been no submission of written objections by any party, hereby adopts said Report and Recommendation as the order of this Court.

**SO ORDERED**, this the 18th day of March, 2013.

                                                                        s/ Carlton W. Reeves
                                                                        UNITED STATES DISTRICT JUDGE